**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7804**

REGINALD BERNARD MOONEY,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA; WARDEN, FCI Edgefield,

Respondents - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Patrick Michael Duffy, Senior District Judge.  (3:08-cv-03652-PMD)

Submitted:  January 19, 2010        Decided:  January 28, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Bernard Mooney, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina; William Jacob Watkins, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Bernard Mooney, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Mooney v. United States, No. 3:08-cv-03652-PMD-JRM (D.S.C. Sept. 8, 2009).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Any issues Mooney seeks to raise other that the applicability of the Supreme Court's decision in Watson v. United States, 552 U.S. 74 (2007), must be raised in the sentencing court, in a motion to vacate under 28 U.S.C.A. 2255 (West Supp. 2009) after obtaining authorization to do so. 28 U.S.C. § 2244(b)(3) (2006), § 2255(h).